UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DENNIS GOSNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:15-CV-194 |
| ) | |
| JERRY GOSNELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SHERRY ROLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:15-CV-195 |
| ) | |
| JERRY GOSNELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

These related civil actions are before the Court to consider the Report and Recommendation [Case 2:15-cv-194 Doc. 45; Case 2:15-cv-195 Doc. 43] of United States Magistrate Judge Clifton L. Corker, dated April 18, 2016. In that Report and Recommendation, Magistrate Judge Corker recommends that the motions for lien for litigation expenses filed by Larry V. Roberts, former counsel for the respective plaintiffs [Case 2:15-cv-194 Docs. 35, 39; Case 2:15-cv-195 Docs. 33, 37] be granted. No objections to the Report and Recommendation have been filed and the time for doing so has passed. 28 U.S.C. § 636(b)(1), E.D. Tenn. L.R. 7.2.

The Court has carefully reviewed the pending motions and Magistrate Judge Corker's report and recommendation. The Court is in agreement with Magistrate Judge Corker's recommendation which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Case 2:15-cv-194 Doc. 45; Case 2:15-cv-195 Doc. 43]. The motions for lien for litigation expenses [Case 2:15-cv-194 Docs. 35, 39; Case 2:15-cv-195 Docs. 33, 37] are **GRANTED** and Attorney Roberts is granted a lien against the proceeds of any settlement or judgment by Ms. Rollins in the amount of $1,693.44, and against the proceeds of any settlement or judgment by Mr. Gosnell in the amount of $1,115.57.

IT IS SO ORDERED.

    s/ Thomas W. Phillips
    SENIOR UNITED STATES DISTRICT JUDGE